UNITED STATES DISTRICT COURT

CENTRIAL DISTRICT OF CALIFORNIA

| ISMAEL RIVERA, | ) | Case No. 04 CV 07960 RSWL |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER ON STIPULATION FOR |
| TACO BELL CORP., | ) | DISMISSAL |
| Defendant. | ) | |

Pursuant to the settlement reached between the parties in the above-captioned action, and the parties having so stipulated, this matter is hereby DISMISSED WITHOUT PREJUDICE against all defendants.

Dated: 8/1/2013

RONALD S.W. LEW
HON. RONALD S.W. LEW
Senior U.S. District Court Judge

1